■ In the Matter of ROBERT RIVERA, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [16 NYS3d 785]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a tier III prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge is to be refunded to petitioner's inmate account. Given that no loss of good time was imposed, petitioner has received all of the relief to which he is entitled and the proceeding must be dismissed as moot (*see Matter of Williams v Annucci*, 129 AD3d 1427, 1427 [2015]).

Garry, J.P., Egan Jr., Devine and Clark, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.